IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| STACIE ELAINE EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-196 |
| | ) | |
| STRAYER UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On April 21, 2016, Defendant filed a motion to dismiss arguing Plaintiff's attempt to serve Defendant was untimely and improper. (Doc. no. 7.) On October 3, 2016, United States District Judge J. Randal Hall denied the motion to dismiss and ordered Plaintiff to serve Defendant within fourteen days. (Doc. no. 12.) On October 20, 2016, Defendant waived service. (Doc. no. 14.) The Court **ORDERS** the parties to conduct a conference and file a joint 26(f) Report on or before October 31, 2016. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 24th day of October, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA