IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| STACIE ELAINE EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-196 |
| | ) | |
| STRAYER UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is Defendant's motion to compel discovery responses. (Doc. no. 24.) On March 31, 2017, the Court conducted a telephonic hearing and heard arguments regarding the motion. (Doc. no. 25.) At the hearing, Defendant requested a thirty-day extension of the discovery deadlines. Based on the Court's consideration of the parties' oral arguments and briefing, the Court **GRANTS** Defendant's motion to compel and extends the discovery deadlines. (Doc. no. 24.)

**I.** The Court orders Plaintiff to supplement her interrogatory and production of document responses by April 14, 2017, as follows:

**A. Interrogatories Two, Three, and Four**:

The Court compels Plaintiff to provide all information sought in these interrogatories regarding her employment history, disciplinary actions, and periods of unemployment since January 1, 2011.

**B.     Interrogatory Six:**

The Court compels Plaintiff to provide all information sought in this interrogatory regarding every EEOC charge Plaintiff has filed with any other federal state, or local agency.

**C.     Interrogatory Ten:**

The Court compels Plaintiff to provide all information sought in this interrogatory regarding Plaintiff's prior medical treatments and examinations since January 1, 2011.

**D.     Request for Production No. 11:**

The Court compels Plaintiff to produce all documents sought in this document request concerning any other lawsuit to which she has been a party.

**II.    Revised Scheduling Order:**

The Court extends the discovery period as follows:

**CLOSE OF DISCOVERY**                              June 1, 2017

**LAST DAY FOR FILING CIVIL MOTIONS**   July 5, 2017
**INCLUDING *DAUBERT* MOTIONS, but**
**EXCLUDING MOTIONS IN LIMINE**

All provisions of the November 17, 2016 Scheduling Order (doc. no. 17) not revised herein shall remain in effect.

SO ORDERED this 31st day of March, 2017, at Augusta, Georgia.

_/s/ Brian K. Epps_
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA