IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

STACIE ELAINE EVANS,                  )
                                      )
        Plaintiff-Appellant,          )
                                      )
vs.                                   )     Case No. CV115-196
                                      )
STRAYER UNIVERSITY,                   )
                                      )
        Defendant-Appellee.           )

## O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED,** this _____11th_____ day of June, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA